1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROSALINDA COMANDAO, ) | **Case No.: 3:11-cv-04507-JCS** |
| ) | |
| Plaintiff, ) | **{PROPOSED} ORDER** |
| v. ) | |
| ) | |
| CALIFORNIA RECOVERY BUREAU, ) | |
| INC., ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

THIS CAUSE CAME TO BE HEARD upon Plaintiff's Notice to Substitute Counsel. Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Substitution of Counsel shall be granted.

DATED: 09/26/11

BY: _____
Hon: Joseph C. Spero

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*

- 1 -

{PROPOSED} ORDER