1
2
3
4
5
6
7

8         **IN THE UNITED STATES DISTRICT COURT**
      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                **SAN FRANCISCO DIVISION**

10 | ROSALINDA COMANDAO, ) **Case No.: 3:11-cv-04507-JCS**
11 |          )
   |      Plaintiff, ) {~~PROPOSED~~} **ORDER**
12 |   v. )
   | )
13 | CALIFORNIA RECOVERY BUREAU, )
   | INC., )
14 |      Defendant. )
   | )
15

16
    **~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**
17
    THIS CAUSE CAME TO BE HEARD upon Plaintiff's Notice to Substitute Counsel.
18
Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that
19
Plaintiff's Substitution of Counsel shall be granted.
20

21

22   DATED: _09/26/11_____             BY: _____
23                                                  Hon: Joseph C. Spero
24
25