IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ROSALINDA COMANDAO,            ) Case No.: 3:11-cv-04507-JCS
                               )
         Plaintiff,            ) [PROPOSED] ORDER OF
     v.                        ) DISMISSAL
                               )
CALIFORNIA RECOVERY            )
BUREAU, INC.,                  )
         Defendant.            )
_____)

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with out prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 12/2/11



_____
The Hon.
United States District Judge

- 1 -