IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| ROSALINDA COMANDAO, | ) Case No.: 3:11-cv-04507-JCS |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER OF |
| v. | ) DISMISSAL |
| CALIFORNIA RECOVERY BUREAU, INC., | ) |
| Defendant. | ) |

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with out prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 12/2/11



_____
The Hon.
United States District Judge

- 1 -